IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JUDY V. KING, | ) |
| Plaintiff, | ) Case No. 2:04-0077 |
| | ) Judge Nixon |
| v. | ) Magistrate Judge Brown |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 7), to which Defendant has responded (Doc. No. 11). The Court is in receipt of the Magistrate Judge's Report and Recommendation (Doc. No. 13). No objections to the Report and Recommendation have been filed.

Upon review of the record in this case, the Court finds the Magistrate Judge's Report and Recommendation to be well-founded, and thus ADOPTS it in its entirety. Accordingly, the Court hereby GRANTS Plaintiff's Motion for Judgment on the Administrative Record and DENIES Defendant's Motion for Judgment on the Administrative Record. Pursuant to sentence four of 42 U.S.C. § 405(g), this Court hereby REVERSES and REMANDS the cause to the Commissioner for further administrative proceedings, to include supplementation of the record, rehearing, and the issuance of a new decision. This Order terminates this Court's jurisdiction over the above-styled action, and the case is dismissed.

It is so ORDERED.

Entered this the 11th day of August, 2005.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT